Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket No: 6:13-mj-58-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND ORDER THEREON |
| v. ) | |
| ) | |
| SOKHOM LOEUN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice as to citations 1850801 and 1850802, as Mr. Loeum has obtained a valid driver's license.

Dated: August 15, 2013                      NATIONAL PARK SERVICE

                                                     /S/ Matthew McNease
                                                     Matthew McNease
                                                     Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *U.S. v. Loeun*, 6:13-mj-58-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 15, 2013           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE